**VELVA L. PRICE, District Clerk, Travis County Courthouse, Third Floor**

# RECEIPT AND EXECUTIONOF MANDATE FROM THE COURT OF CRIMINAL APPEALS BY THE CRIMINAL DISTRICT CLERK

Mr. Abel Acosta, Clerk                                    January 15, 2015
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Criminal Division
P.O. Box 679004,
Austin, Texas 78767

> Re:     No. **WR-80,778-02**
>         (Trial Court No. D-1-DC-11-205488-A )
>
> Styled: **KIRK BENNETT**
>         vs.·
>         The State of Texas

Dear Mr. Acosta:

Pursuant to Texas Rule of Appellate Procedure 87(b)(1), I hereby forward my acknowledgment of the receipt and the execution of the mandate on **JANUARY 15, 2015** from the Court of Criminal Appeals in the above cause. The official execution of this mandate is recognized by the Travis County Sheriff whereas the capias after mandate, official notice of mandate, or transfer of inmate to proper authorities, has been executed and or is in the process of being executed hereby placing the defendant within the proper jurisdiction of the trial court.

Respectfully,

**VELVA L. PRICE**
**District Clerk**
Travis County, Texas

By: _____
Deputy JESSICA CONTRERAS

C27 - 000000027